**Keith S. Dubanevich,** OSB No. 975200
**Cody Berne**, OSB No. 142797
**Megan K. Houlihan**, OSB No. 161273
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone:     (503) 227-1600
Facsimile:     (503) 227-6840
Email:         kdubanevich@stollberne.com
               cberne@stollberne.com
               mhoulihan@stollberne.com

*Attorneys for Plaintiffs and the Class*

[Additional Counsel on Signature Page.]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| McKENZIE LAW FIRM, P.A., and OLIVER LAW OFFICES, INC. on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> RUBY RECEPTIONISTS, INC., <br><br> Defendant. | Case No. 3:18-cv-01921-SI <br><br> **JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENT** |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENT**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

## LOCAL RULE 7-1 CERTIFICATION

In compliance with Local Rule 7-1(a), the Parties,[1] through their respective counsel, have conferred via mediation and through multi-day settlement discussions between July 2020 and February 2021. The Parties have agreed to jointly move for preliminary approval and will submit separate memoranda in support of this joint motion.

## MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs and Class Representatives McKenzie Law Firm, P.A. and Oliver Law Offices, Inc. ("Plaintiffs"), and Defendant Ruby Receptionists, Inc. ("Defendant" or "Ruby") jointly move this Court as follows:

1. Class Counsel, on behalf of Plaintiffs and the proposed Settlement Class, and Defendant have agreed on a proposed compromise settlement of all claims of the proposed Settlement Class against Ruby, as more particularly set forth in and filed herewith, the terms, definitions, provisions, reservations, and conditions of the Settlement Agreement which are made part of this Motion. The Settlement Agreement is filed herewith as Exhibit 1.

2. The purpose and intent of all Parties to this proposed Settlement are: (a) to settle any and all claims of any type related to Ruby's billing practices; (b) to terminate and extinguish any liability of Defendant for all Released Claims of the Settlement Class Members; and (c) to dismiss on the merits and with prejudice all claims of the proposed Settlement Class against Defendant.

3. The Parties now seek preliminary approval from this Court of the terms of the

---

[1] All capitalized words are defined in the proposed Class Action Settlement Agreement, dated February 17, 2021 ("Settlement Agreement" or "SA"), unless otherwise noted.

Page 1 -   JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENT

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

proposed Settlement Agreement, including:

    a.    Preliminary approval of the proposed Settlement memorialized in the proposed Settlement Agreement as being fair, adequate, and reasonable, such that notice to the Class should be provided pursuant to the proposed Settlement Agreement;

    b.    Certification of a redefined Settlement Class as defined in the proposed Settlement Agreement for settlement purposes only;

    c.    Approval of a date for a Final Settlement Hearing;

    d.    Approval of the Notice of Settlement to be emailed and/or mailed to proposed Settlement Class Members in a form substantially similar to the one attached to the proposed Settlement Agreement as Exhibit A;

    e.    Approval of a schedule to distribute the Vouchers for services;

    f.    Appointment of The Notice Company as the Administrator as jointly agreed to by the Settling Parties;

    g.    Setting a specified date by which objections shall be heard and papers in support of such objections must be submitted to the Court;

    h.    Setting specified dates by which Class Counsel shall file and serve all papers in support of the application for final approval of the proposed Settlement and by which the Parties shall file and serve all papers in response to any valid and timely objections and by which Class Counsel shall file their motion for attorneys' fees and expenses;

    i.    Ordering that all proposed Settlement Class members will be bound by the Final Approval Order and Judgment;

    j.    Ordering that persons in the Settlement Class wishing to exclude

Page 2 -    JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENT

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

themselves from the proposed Settlement will have until the date specified in the Preliminary Approval Order to submit to the Settlement Administrator a valid written request for exclusion or opt out;

      k.      Approving the proposed Settlement Agreement's procedure for persons in the proposed Settlement Class to object, including the right to object to attorneys' fees and costs, or opt out from the proposed Settlement;

      l.      Approving deadlines consisting with the proposed Settlement Agreement for mailing of Notice to the Settlement Class, opting out of or objecting to the proposed Settlement, and filing papers in connection with the Final Settlement Hearing; and

      m.      Appointment of Class Representatives as Representative Settlement Class Plaintiffs, and Class Counsel as Settlement Class Counsel for the Settlement Class.

A proposed preliminary approval order is filed herewith as Exhibit 2.

DATED this 19th day of February, 2021.

                **STOLL STOLL BERNE LOKTING &  
                SHLACHTER P.C.**

                By:  /s/ Keith S. Dubanevich  
                     **Keith S. Dubanevich**, OSB No. 975200  
                     **Cody Berne**, OSB No. 142797  
                     **Megan K. Houlihan**, OSB No. 161273

                209 SW Oak Street, Suite 500  
                Portland, OR 97204  
                Telephone: (503) 227-1600  
                Facsimile: (503) 227-6840  
                Email:    kdubanevich@stollberne.com  
                             cberne@stollberne.com  
                             mhoulihan@stollberne.com

Page 3 -    JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENT

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.  
209 S.W. OAK STREET, SUITE 500  
PORTLAND, OREGON 97204  
TEL. (503) 227-1600  FAX (503) 227-6840

-And-

By:  /s/  Laurence D. King
**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (admitted *pro hac vice*)
Mario M. Choi (admitted *pro hac vice*)
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone:  (415) 772-4700
Facsimile:  (415) 772-4707
Email:        lking@kaplanfox.com
                   mchoi@kaplanfox.com

-And-

By:  /s/    Robert I. Lax
**LAX LLP**
Robert I. Lax (admitted *pro hac vice*)
380 Lexington Avenue, 31st Floor
New York, NY  10168
Telephone:  (212) 818-9150
Facsimile:  (212) 208-4309
Email:        rlax@lax-law.com

-And-

By:  /s/    Jon M. Herskowitz
**BARON & HERSKOWITZ**
Jon M. Herskowitz (admitted *pro hac vice*)
9100 S Dadeland Blvd #1704
Miami, FL 33156
Telephone:  (305) 670-0101
Fax:            (305) 670-2393
Email:        jon@bhfloridalaw.com

-And-

Page 4 -    JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENT

By: /s/ Gregory J. Brod
**BROD LAW FIRM, PC**
Gregory J. Brod (admitted *pro hac vice*)
96 Jessie Street
San Francisco, CA 94105
Telephone: (415) 397-1130
Email: gregb@brodfirm.com

*Attorneys for Plaintiffs and the Class*

**PERKINS COIE LLP**

By: /s/ Renee E. Rothauge
    **Renee E. Rothauge**, OSB No. 903712
    **Misha Isaak**, OSB No. 086430
    **Philip R. Higdon**, OSB No. 181105
    **Patrick L. Rieder**, OSB No. 175376

1120 NW Couch Street, 10th Floor
Portland, OR 97209
Telephone: (503) 727-2000
Facsimile: (503) 727-2222
Email: rrothauge@perkinscoie.com
        misaak@perkinscoie.com
        phigdon@perkinscoie.com
        prieder@perkinscoie.com

*Attorneys for Defendant Ruby Receptionists, Inc.*

Page 5 -    JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENT

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840